

PROB 12A
(7/93)

*United States District Court*

for

*District of Guam*

**Report on Offender Under Supervision**

Name of Offender: **Donald Weber**　　　　　　　　　Case Number: **CR 02-00025-001**

Name of Sentencing Judicial Officer:　　John S. Unpingco

Date of Original Sentence:　　　　October 24, 2000

Original Offense: Money Laundering Conspiracy in violation of Title 18, United States Code, Section 1956(h).

Original Sentence: 27 months imprisonment followed by a three year term of supervised release with conditions to include: 1) the defendant shall obey all federal, state and local laws; 2) The defendant shall not possess a firearm or other dangerous weapon; 3) The defendant shall comply with the standard conditions of supervised release; 4) The defendant shall not use or possess illegal controlled substances and shall submit to one urinalysis within 15 days after release from imprisonment and two more urinalysis tests thereafter; 5) The defendant shall refrain from the use of any and all alcoholic beverages; 6) The defendant shall participate in a substance abuse treatment program approved by the U.S. Probation Officer for the treatment of narcotic addiction or drug or alcohol dependency; 7) The defendant shall obtain and maintain gainful employment and 8) The defendant shall perform 200 hours of community service.

Type of Supervision:　　Supervised Release　　　　Date Supervision Commenced:　March 12, 2004

---

### NONCOMPLIANCE SUMMARY

Violation Number　　　　Nature of Noncompliance

Mandatory Condition　　The defendant shall not commit another federal, state, or local crime.

Report on Offender
Under Supervision

page 2

Mr. Weber is presently being supervised by the United States Probation Office in the Southern District of Florida, and the following information was obtained from U.S. Probation Officer James Peirce.

In a letter dated October 18, 2005, Officer Peirce informed that on October 8, 2005, Mr. Weber was arrested for battery of his girlfriend, Kristen Davis. A copy of the police is pending, therefore, no other further information is available. The Southern District of Florida requested that jurisdiction be transferred in this case so once more information is available, further action could be taken in their Court.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 12/1/05

Respectfully submitted,

by: for Grace Ann J. Ocampo

GRACE D. FLORES
U.S. Probation Officer

Date: 12/1/05

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other    No action to be taken.

RECEIVED
DEC - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
D. LOWELL JENSEN*

December 5, 2005
Date

*The Honorable D. Lowell Jensen, United States Senior District Judge, for the Northern District of California, sitting by designation