| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | **CR 02-00025-001** |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Donald Weber**<br>c/o Mr. James Peirce, U.S. Probation Officer<br>Southern District of Florida<br>501 S. Flagler Drive, Suite 400<br>West Palm Beach, Florida 33401-5912 | **0993 Guam** | |
| | NAME OF SENTENCING JUDGE | |
| | **Honorable John S. Unpingco** | |
| | DATES OF SUPERVISED RELEASE | FROM **03/12/2004** — TO **03/11/2007** |

OFFENSE

Money Laundering Conspiracy in violation of Title 18, United States Codes, Sections 1956(h)

**FILED**
DISTRICT COURT OF GUAM
FEB 10 2006
MARY L.M. MORAN
CLERK OF COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **GUAM**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 5, 2005 — D. LOWELL JENSEN*
Date — United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN** DISTRICT OF **FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**RECEIVED**
DEC - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

1/13/06
Effective Date — United States District Judge

ORIGINAL

*The Honorable D. Lowell Jensen, United States District Judge for the Northern District of California, sitting by designation